UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS E. FRANKOVICH,<br><br>Plaintiff,<br><br>v.<br><br>MARIAN VARIN, et al.,<br><br>Defendants. | Case No. 25-cv-01015-LJC<br><br>**ORDER TO SHOW CAUSE WHY DEFENDANT MARIAN VARIN SHOULD NOT BE DISMISSED FROM THIS ACTION** |

Plaintiff Thomas Frankovich filed this action against Marian and Thomas Varin on January 31, 2025. ECF No. 1. He amended his complaint, adding Adrienne Varin as a defendant, on March 10, 2025. ECF No. 14. The docket reflects that Plaintiff has served Defendants Thomas and Adrienne Varin. ECF Nos. 8, 21. They have both appeared in this action and consented to the undersigned's jurisdiction. *See* ECF Nos. 15, 17, 22, 25. The docket does not indicate that Plaintiff has served Defendant Marian Varin or that Defendant Marian Varin has waived service of summons. "If a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time." Fed. R. Civ. P. 4(m). The service deadline may be extended upon a showing of good cause. *Id.*

The 90-day deadline for completing service on Defendant Marian Varin has passed, and no showing of good cause has been made to extend the deadline. Accordingly, Plaintiff shall file a response no later than August 26, 2025 and show cause why Defendant Marian Varin should not be dismissed from this case due to Plaintiff's failure to timely complete service of process and for failure to prosecute. Alternatively, by August 26, 2025, Plaintiff may file a notice of dismissal

dismissing Defendant Marian Varin from this action.

**IT IS SO ORDERED.**

Dated: August 13, 2025

_____
LISA J. CISNEROS
United States Magistrate Judge