UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

THOMAS E. FRANKOVICH,

Plaintiff,

v.

THOMAS VARIN, et al.,

Defendants.

Case No. 25-cv-01015-LJC

**CASE MANAGEMENT SCHEDULE**

Pursuant to Federal Rule of Civil Procedure 16(b) and Civil Local Rule 16-10, the following deadlines and hearings are ordered:

| | |
|---|---|
| Initial disclosures (if not already served): | May 14, 2026 |
| Deadline to join parties and amend pleadings:[1] | May 29, 2026 |
| Joint case management statement: | August 6, 2026 |
| Further case management conference: | August 13, 2026 |
| Fact discovery cut-off: | August 28, 2026 |
| Opening expert reports and disclosures: | September 15, 2026 |
| Rebuttal expert reports and disclosures: | October 15, 2026 |
| Expert discovery cut-off: | December 1, 2026 |
| Last day to file dispositive motions and *Daubert* motions: | January 8, 2027 |
| Last day to hear dispositive motions and *Daubert* motions: | March 2, 2027 |

---

[1] This Order is not intended to grant prospective leave to amend or add parties when such leave would otherwise be required. A motion for leave to amend or add parties filed on or before this date must satisfy any otherwise-applicable standard for such leave. A motion filed after this date must also meet the standard to modify a scheduling order. *See* Fed. R. Civ. P. 16(b)(4).

Pretrial conference:[2]                                    May 7, 2027, 1:30 PM

Bench trial:                                              May 14, 2027

                                                         (3 days)

**IT IS SO ORDERED.**

Dated: May 7, 2026

_____
LISA J. CISNEROS
United States Magistrate Judge

[2] The parties are directed to the Standing Order for Civil Pretrial Conferences for Magistrate Judge Lisa J. Cisneros, available at https://cand.uscourts.gov/ljc.

United States District Court
Northern District of California

2